JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Generic Manufacturing Corporation, | NO. CV 09-09038 SJO (DTBx) |
| Plaintiff, | |
| | **JUDGMENT** |
| v. | |
| Lazar Technologies, Inc., et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendant Lazar Technologies, Inc., doing business as Lazar Cappers ("Defendant"), and against Plaintiff on Plaintiff Generic Manufacturing Corporation's claim for Federal Trademark Infringement; Federal Unfair Competition; Violation of California Business & Professions Code § 17200 *et seq.,* and Federal Trademark Dilution. Defendant is entitled to Judgment as a matter of law and Judgment shall be entered in favor of Defendant.

IT IS SO ADJUDGED.

Dated: February 22, 2011.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE